Isaac B. Abraham, plaintiff in error, v. Thomas E. Wilson & Company and Illinois Publishing & Printing Company, defendants in error. Gen. No. 32,589.

Opinion filed October 3, 1928.

D. W. Elliott, for plaintiff in error. William R. Brown, James D. Cooney and Clifford G. Roe, for defendant in error Thomas E. Wilson & Company.

Mr. Justice Wilson delivered the opinion of the court.

J. C. Levin, trading as J. C. Levin & Company, appellee, v. A. L. Feldman et al., trading as Feldman Brothers, appellants. Gen. No. 32,645.

Opinion filed October 3, 1928.

William Feldman, for appellants. Adler, Lederer & Kahn, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

M. N. Padway, trading as M. N. Padway & Son, appellee, v. Isaac Tucker, trading as I. Tucker & Company, appellant. Gen. No. 32,667.

Opinion filed October 3, 1928.

O'Connell, Herr & Arvey, for appellant; Simon Herr, of counsel. Blum & Jacobson and Klaas & Porter, for appellee; Harry H. Porter, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

H. Barkmann Cartage Company, plaintiff in error, v. Elizabeth Lohr, defendant in error. Gen. No. 32,677.

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

McKenna & Harris, for plaintiff in error. John Prystalski and John Owen, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.